UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __5__

------------------------------

Pauleino

-v-

NYC-DHS-ICE

------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-cv-1153__

JUDGE: __KMW__

DATE: __MAR. 17 2008__

*[Stamp: MAR 17 2008]*

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

DISTRICT COURT DOCKET ENTRIES ------------------------------------------------

DOCUMENT DESCRIPTION                                          DOC. #

CLERK'S CERTIFICATE                                           _____

SEE ATTACHED LIST OF NUMBERED DOCUMENTS                       _____

(X) Original Record                              (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 17th Day of March, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Pauleno

-v-

NYC-DHS-ICE

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-1153

JUDGE: KMW

DATE: MAR. 17, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

_____                    _____
_____                    _____
_____                    _____
_____                    _____
_____                    _____
_____                    _____
_____                    _____
_____                    _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 17th Day of March In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
   Deputy Clerk

APPEAL, CLOSED, HABEAS, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01153-KMW
#### Internal Use Only

Paulino v. NYC-DHS-ICE
Assigned to: Judge Kimba M. Wood
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 02/05/2008
Date Terminated: 02/05/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2008 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2241. (Filing Fee $ 350.00, Receipt Number 636897).Document filed by Josiana Paulino.(mbe) (Entered: 02/14/2008) |
| 02/05/2008 | | Magistrate Judge Henry B. Pitman is so designated. (mbe) (Entered: 02/14/2008) |
| 02/05/2008 | 2 | ORDER OF DISMISSAL, Petitioner brings this petition for a writ of habeas corpus under 28 U.S.C. 2241. The petitioner paid the filing fee in this action, and the Clerk of Court is directed to assign a docket number to this action. The Court dismisses this petition for the following reasons. Because petitioner does not allege that her petition is timely, and because it was not pending on May 11, 2005, the date that Congress enacted the REAL ID Act, this court is not authorized to transfer it to the Second Circuit, and it must be dismissed. Accordingly, the application is dismissed. As petitioner has not made a substantial showing of the denial of a constitutional right, the Court declines to issue a certificate of appeal ability. 28 U.S.C.2253. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/5/2008) (mbe) (Entered: 02/14/2008) |
| 02/05/2008 | 3 | JUDGMENT. Ordered, Adjudged and Decreed: That the petition is hereby dismissed as petitioner has not made a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appeal ability. The Court certifies pursuant to 28 U.S.C. 1915(a) that any appeal from the Court's order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/5/2008) (mbe) (Entered: 02/14/2008) |
| 02/21/2008 | 4 | NOTICE OF APPEAL from 2 Order Dismissing Complaint (I.F.P.), 3 Judgment - Sua Sponte (Petition). Document filed by Josiana Paulino. (tp) (Entered: 03/17/2008) |
| 02/21/2008 | | Appeal Remark as to 4 Notice of Appeal filed by Josiana Paulino. $455.00 APPEAL FEE DUE. IFP REVOKED 2/5/08. COA DENIED 2/5/08. (tp) (Entered: 03/17/2008) |
| 03/17/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (tp) (Entered: 03/17/2008) |
| 03/17/2008 | | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Appeal. (tp) (Entered: 03/17/2008) |